# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ERIE INSURANCE EXCHANGE | : No. 24 MAL 2015 |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| L. GARY BRITCHER AND JANE BRITCHER, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF MICHAEL BRITCHER, A MINOR AND L. GARY BRITCHER MASONRY, INC. | : |
| | : |
| v. | : |
| | : |
| BODY-BORNEMAN ASSOCIATES, INC. | : |
| | : |
| PETITION OF: L. GARY BRITCHER AND JANE BRITCHER, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF MICHAEL BRITCHER, A MINOR AND L. GARY BRITCHER MASONRY, INC. | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 12th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.